Approved and Authorized Date: s/Travis Leverett 2/5/25

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

United States of America
v.
AMITPREET SINGH

*Defendant(s)*

Case No. M-25- 94 -CMS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 1, 2025 in the county of Oklahoma in the Western District of Oklahoma, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute 5 kilograms or more of a mixture and substance containing cocaine |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent, Jon Dangle, HSI, which is incorporated and made a part hereof by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

JON DANGLE, Special Agent, HSI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 7, 2025

*Judge's signature*

City and state: Oklahoma City, Oklahoma

CHRIS M. STEPHENS, U.S. Magistrate Judge

*Printed name and title*

**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY, OKLAHOMA**

**STATE OF OKLAHOMA )**
**)**
**COUNTY OF OKLAHOMA )**

## AFFIDAVIT

I, Jon Dangle, Special Agent (SA) of Homeland Security Investigations (HSI), being duly sworn, depose and state the following:

## INTRODUCTION

1. I am an investigative or law enforcement officer of the United States empowered by law to conduct investigations of and to make arrests for offenses in 18 U.S.C. § 2516.

2. I have been employed as a Special Agent with Homeland Security Investigations (HSI) since April 2015. I graduated from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in August 2000 and was employed by legacy agency United States Customs Service, and subsequently with the United States Department of Homeland Security, Customs and Border Protection, Office of Air and Marine through April of 2015. I have attended other criminal investigator training courses since August 2000.

3. I have personally conducted numerous investigations of controlled substance violations. This includes physical surveillance, participation with

other agents in the consensual and court-authorized electronic surveillance of illegal drug activities, the execution of evidentiary search warrants, and search warrants for controlled substances including documents and records related thereto. I have interviewed numerous retail and wholesale distributors and traffickers of illegal controlled dangerous substances, admitted drug users and informants, and have consulted with other narcotics investigators and enforcement officers who have experience in narcotics investigations.

4. This affidavit is submitted in support of a criminal complaint charging **Amitpreet Singh** (**SINGH**) with possessing cocaine with intent to distribute, in violation 21 U.S.C. § 841(a)(1). My knowledge of information contained in this affidavit is based on my direct participation, and discussions with other investigators directly involved in this investigation. The facts contained in this affidavit are offered to establish probable cause, and do not represent every fact known to myself or other participating agents.

## PROBABLE CAUSE

5. On February 1, 2025, HSI was contacted by officers of the Criminal Interdiction Team of Central Oklahoma (CITCO). The officers had conducted a traffic stop and during their stop had located a large quantity of field-test positive cocaine.

6. On February 1, 2025, at approximately 5:27 p.m., near the intersection of N.E. 122nd Street and the I-35 service road in Oklahoma City,

OCSO Deputy Jonathan Williams, observed a Chevrolet make an illegal lane change. Deputy Williams initiated a traffic stop on the Chevrolet. The vehicle stopped in the parking lot of the Super 8 motel and Deputy Williams made contact with the driver and sole occupant, **SINGH**. During the traffic stop, Deputy Williams asked **SINGH** if all the items in the vehicle belonged to him, and **SINGH** affirmed that they did. Deputy Williams then asked for consent to search the vehicle, which SINGH provided.

7. During a search of the vehicle, officers found multiple heat-sealed bundles in the trunk of the vehicle, which contained approximately 80 kilograms of field-test positive cocaine. That amount and the manner in which it was packaged is not consistent with personal use but is consistent with distribution. Based on the above, I believe probable cause exists that **SINGH** possessed with intent to distribute 5 kilograms or more of a mixture and substance containing cocaine, in violation of 21 U.S.C. § 841(a)(1).

JON DANGLE
Special Agent
Homeland Security Investigations

Sworn and subscribed before me this 7th day of February 2025.

CHRIS M. STEPHENS
U.S. MAGISTRATE JUDGE